**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 26-00022-01

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

ALEXIS ORTIZ-ORTIZ                          MAGISTRATE JUDGE WHITEHURST

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Alexis Ortiz-Ortiz, and adjudges him guilty of the offense charged in Count Two of the Indictment against him.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 10th day of June, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT